**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: M.B. AND M.M.            :   No. 90 MM 2017
                                     :
                                     :
PETITION OF: A.B.               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 6th day of July, 2017, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**.  Counsel is **DIRECTED** to submit the already-prepared Petition for Allowance of Appeal within five days.